JUL.-02'02(TUE) 14:37 P. 004

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By: [signature]
Deputy Clerk

FILED
02 JUL -2 PM 3:18
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | |
| v. | CASE NO. 4:02 CR 273 |
| | 21 U.S.C. Sections 841(a)(1), 846, and 18 U.S.C. Section 2. |
| MARLAN B. EVERSON, MARINO J. DIAZ, JESUS C. MOREL GIOVANNY H. MEDINA, JUAN VALDEZ-REYES, LUIS M. VALDEZ, GINO FRANCISCO-ALMONTE | JUDGE DOWD |
| Defendants. | |

COUNT 1

The Grand Jury charges:

Beginning at a time, the exact dates to the Grand Jury unknown, but at least as early as February 2002 and continuing through June 4, 2002, in the Northern District of Ohio, Eastern Division, and elsewhere, MARLAN B. EVERSON, MARINO J. DIAZ, JESUS C. MOREL, GIOVANNY H. MEDINA, JUAN VALDEZ-REYES, LUIS M. VALDEZ, GINO FRANCISCO-ALMONTE, the Defendants herein, and other persons unknown to the Grand Jury, did unlawfully, knowingly,

Received 07-02-2002 03:38pm From- To- Page 004
8

and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute a mixture or substance containing a detectable amount of cocaine, in excess of five (5) kilograms, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); all in violation of Title 21, United States Code, Section 846, United States Code.

COUNT 2

The Grand Jury further charges:

On or about June 2, 2002, in the Northern District of Ohio, Eastern Division and elsewhere, MARINO J. DIAZ and JESUS C. MOREL, the Defendants, did knowingly and intentionally distribute approximately 3,302 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; in violation of Title 21, Sections 841(a)(1) and (b)(1)(B), and Title 18, Section 2, United States Code.

COUNT 3

The Grand Jury further charges:

On or about June 3, 2002, in the Northern District of Ohio, Eastern Division, MARLAN B. EVERSON, the Defendant, did knowingly and intentionally possess with intent to distribute

approximately 3,302 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; in violation of Title 21, Sections 841(a)(1) and (b)(1)(B), United States Code.

COUNT 4

The Grand Jury further charges:

On or about June 3, 2002, in the Northern District of Ohio, Eastern Division, **MARLAN B. EVERSON**, the Defendant, having been convicted on March 25, 1994, in Case No. 92CR728, in the Mahoning County Court of Common Pleas, of drug law and carrying a concealed weapon, both crimes punishable by imprisonment for terms exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Mossberg 12 gauge shotgun, model 395KB, serial number 24952B; in violation of Title 18, Section 922(g)(1), United States Code, and punishable under Title 18, Section 924(a)(2), United States Code.

COUNT 5

The Grand Jury further charges:

On or about June 3, 2002, in the Northern District of Ohio, Eastern Division, **MARLAN B. EVERSON**, the Defendant, did knowingly and intentionally possess with intent to distribute approximately 82.9 grams of a mixture or substance containing a detectable amount of cocaine-base (crack), a Schedule II

narcotic drug controlled substance; in violation of Title 21, Sections 841(a)(1) and (b)(1)(A), United States Code.

COUNT 6

The Grand Jury further charges:

On or about June 3, 2002, in the Northern District of Ohio, Eastern Division, MARLAN B. EVERSON, the Defendant, did knowingly and intentionally possess with intent to distribute approximately 140 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance; in violation of Title 21, Section 841(a)(1) and (b)(1)(C), United States Code.

COUNT 7

The Grand Jury further charges:

On or about June 3, 2002, in the Northern District of Ohio, Eastern Division, MARLAN B. EVERSON, the Defendant, did knowingly and intentionally possess with intent to distribute approximately 136 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; in violation of Title 21, Section 841(a)(1) and (b)(1)(C), United States Code.

COUNT 8

The Grand Jury further charges:

On or about June 3, 2002, in the Northern District of Ohio, Eastern Division, MARLAN B. EVERSON, the Defendant, having been

convicted on March 25, 1994, in Case No. 93CR728, in the Mahoning County Court of Common Pleas, of drug law and carrying a concealed weapon, both crimes punishable by imprisonment for terms exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Taurus .40 caliber handgun, with an obliterated serial number; in violation of Title 18, Section 922(g)(1), United States Code, and punishable under Title 18, Section 924(a)(2), United States Code.

COUNT 9

The Grand Jury further charges:

On or about June 3, 2002, in the Northern District of Ohio, Eastern Division and elsewhere, MARINO J. DIAZ and JESUS C. MOREL, the Defendants, did knowingly and intentionally possess with intent to distribute approximately 4.75 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; in violation of Title 21, Section 841(a)(1) and (b)(1)(C), United States Code.

COUNT 10

The Grand Jury further charges:

On or about June 4, 2002, in the Northern District of Ohio, Eastern Division and elsewhere, GIOVANNY H. MEDINA, JUAN VALDEZ-REYES, LUIS M. VALDEZ, GINO FRANCISCO-ALMONTE, the Defendants, did knowingly and intentionally possess with intent to distribute approximately 3,926.3 grams of a mixture or substance

containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; in violation of Title 21, Section 841(a)(1) and (b)(1)(B) and Title 18, Section 2, United States Code.

A TRUE BILL.

Foreperson

WILLIAM J. EDWARDS
Acting United States Attorney