Appeal, Limbert, Termed

# U.S. District Court
# Northern District of Ohio (Youngstown)
# CRIMINAL DOCKET FOR CASE #: 4:02-cr-00273-DDD-3
# Internal Use Only

Case title: USA v. Everson
Magistrate judge case number: 4:02-mj-06062

Date Filed: 07/02/2002
Date Terminated: 02/26/2003

---

Assigned to: Hon. David D. Dowd, Jr

**Defendant**

**Jesus C Morel** (3)
*TERMINATED: 02/26/2003*

represented by **Jacqueline A. Johnson**
Office of the Federal Public Defender - Cleveland
Northern District of Ohio
750 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-522-4856
Fax: 216-522-4321
Email: jacqueline_johnson@fd.org
*TERMINATED: 07/09/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Neal G. Atway**
Atway, Cochran & Rafidi
Ste. 1
19 East Front Street
Youngstown, OH 44503
330-743-6300

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: [signature]
Deputy Clerk

Fax: 330-743-6323
Email: acattys@concentric.net
*TERMINATED: 02/26/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | Deft committed to BOP for 46 months with credit for time served since 6/3/02. Court recommends placement at FCI Fort Dix or FCI in Mid East area. Deft remanded to USMS. Deft shall be on supervised release for 4 years. Deft shall participate in outpat ient program for treatment of drug/alcohol abuse. Special assessment of $100.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and (b)(1)(B) and 18:2 CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (2) | Upon motion of USA dismissing count. |
| 21:841(a)(1) and (b)(1)(C) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (9) | Upon motion of USA dismissing count. |

**Highest Offense Level (Terminated)**

Felony

**Complaints** **Disposition**

None

---

**Plaintiff**

**United States of America** represented by **Christa D. Deegan**
5918 Rustic Creek Lane
Kingwood, TX 77345
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward F. Feran**
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3709
Email: edward.feran@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2002 | 1 | COMPLAINT with affidavit against Jesus C Morel signed by Mag. Judge George J. Limbert FBI/SA: Daniel K. DeVille with warrant issued ( 6 pgs) [ 4:02-m -6062 ] (S,A A.) (Entered: 06/04/2002) |
| 06/04/2002 | 2 | ARREST Warrant returned executed as to defendant Jesus C Morel ; defendant arrested on 6/4/02 ( 21 pgs) [ 4:02-m -6062 ] (S,A A.) (Entered: 06/04/2002) |
| 06/04/2002 | 3 | MINUTES: before Mag. Judge George J. Limbert; init appearance of Jesus C Morel Attorney Damian Andrew Billak present; deft waived a reading of comp; pltf moved for detention |

| | | |
|---|---|---|
| | | of deft; prelim exam & detention hrg sched for 1:15 p.m. on 6/7/02 for Jesus C Morel before Mag. Judge George J. Limbert; Atty. Billak appt to represent deft at init appr only; deft remanded to cust of USM; Tape No. 81 (issued on 6/5/02) 1 pg [ 4:02-m -6062 ] (S,A A.) (Entered: 06/04/2002) |
| 06/07/2002 | 4 | MINUTES: before Mag. Judge George J. Limbert preliminary exam held on 6/7/02 before Mag. Judge George J. Limbert detention hearing held on 6/7/02 as to Jesus C Morel court finds probable cause exist, deft shall be held Court reporter: Caroline Mahnke (issued on 6/7/02) 1 pg(s) [ 4:02-m -6062 ] (M,P) (Entered: 06/10/2002) |
| 06/10/2002 | 5 | ORDER of Detention by Mag. Judge George J. Limbert as to Jesus C Morel ( EOD: 6/10/02) ( Iss: 6/10/02) ( 1 pgs) [ 4:02-m -6062 ] (S,A A.) (Entered: 06/10/2002) |
| 06/14/2002 | 6 | CJA Form 20 (Appointment of Counsel) by Mag. Judge George J. Limbert; appointing Attorney Damian A. Billak as cnsl for deft Jesus C. Morel as of 6/4/02 (1 pg) [ 4:02-m -6062 ] (S,A A.) (Entered: 06/14/2002) |
| 07/02/2002 | 8 | INDICTMENT by USA Counts filed against Marlan B Everson (1) count(s) 1, 3, 4, 5, 6, 7, 8, Marino J Diaz (2) count(s) 1, 2, 9, Jesus C Morel (3) count(s) 1, 2, 9, Giovanny H Medina (4) count (s) 1, 10, Juan Valdez Reyes (5) count(s) 1, 10, Luis M Valdez (6) count(s) 1, 10, Gino Francisco Almonte (7) count(s) 1, 10 ( 6 pgs) ( pgs) (G,Co) (Entered: 07/03/2002) |
| 07/02/2002 | | ASSIGNMENT OF MAGISTRATE JUDGE to Mag. Judge George J. Limbert pursuant to Local Rule 57.9 assignment of cases. In the event of referral, this case will be referred to the Magistrate Judge noted. (pgs: 1) (G,Co) (Entered: 07/03/2002) |
| 07/03/2002 | 9 | ORDER by Judge David D. Dowd Jr. ; arraignment set for 10:00 AM on 7/9/02 in room 442 as to Marlan B Everson, Marino J Diaz, Jesus C Morel, Giovanny H Medina, Juan Valdez Reyes, Luis M Valdez, Gino Francisco Almonte (issued on 7/3/02) 1 pg (s) (M,J) (Entered: 07/03/2002) |
| 07/03/2002 | 10 | NOTICE OF APPEARANCE for deft Jesus C Morel by Attorney Neal Ghaleb Atway (2 pgs) (A,J) (Entered: 07/03/2002) |
| 07/09/2002 | 12 | MINUTES: before Judge David D. Dowd Jr. arraignment held on |

| | | |
|---|---|---|
| | | 7/9/02 as to defts Marlan B Everson, Marino J Diaz, Jesus C Morel, Giovanny H Medina, Juan Valdez Reyes, Luis M Valdez, and Gino Francisco Almonte , defts Marlan B Everson, Marino J Diaz, Jesus C Morel, Giovanny H Medina, Juan Valdez Reyes, Luis M Valdez, Gino Francisco Almonte arraigned; not guilty plea to indictment entered; Attorneys present. Status hearing set for 9:00 AM on 8/9/02 ; jury trial set for 8:30 AM on 8/19/02 ; pretrial motions filing deadline set for 7/24/02 ; evidentiary hearing set for 10:00 AM on 8/1/02 as to defts Marlan B Everson, Marino J Diaz, Jesus C Morel, Giovanny H Medina, Juan Valdez Reyes, Luis M Valdez, and Gino Francisco Almonte. All defts detained. Court reporter: Lori Callhan (1 hour) 1 pg(s) (M,J) (Entered: 07/09/2002) |
| 07/10/2002 | 13 | ORDER by Judge David D. Dowd Jr. sched trial 8/19/02 at 8:30 a.m.; all motions due 7/24/02 in Akron; status conf 8/9/02 at 9:00 a.m.; evidentiary hearing sched 8/1/02 at 10:00 a.m. for Marlan B Everson, Marino J Diaz, Jesus C Morel, Giovanny H Medina, Juan Valdez Reyes, Luis M Valdez & Gino Francisco Almonte . (issued on 7/10/02) 3 pg(s) (R,J A) (Entered: 07/10/2002) |
| 07/15/2002 | 15 | NON-APPEAL TRANSCRIPT ORDER held on 6/11/02 before Mag. Judge George J. Limbert by court reporter Nagy Baker Firm Requested By: Jamie P. Serrat Meth. of Pay.: CJA (issued on 6/15/02) 1 pg(s) (M,P) (Entered: 07/15/2002) |
| 07/16/2002 | 16 | MINUTES: before Judge David D. Dowd Jr. status hearing held on 7/16/02 as to Marino J Diaz , no interpreter present, deft detained Court reporter: Sue Trischan (30 min) 1 pg(s) (M,J) (Entered: 07/16/2002) |
| 07/16/2002 | 17 | ORDER by Judge David D. Dowd Jr. status hearing held on 7/16/02 as to Marino J Diaz and no interpreter was present. Counsel to confer with deft through interpreter re Order of 7/11/02 at to representation of deft, counsel to report to the Court immediately if deft retains new counsel. (issued on 7/16/02) 1 pg (s) (M,J) (Entered: 07/16/2002) |
| 07/18/2002 | | MARGINAL ENTRY denying motion for leave to withdraw as counsel of record for deft Diaz filed by Joseph W. Gardner [7-1] (issued on 7/18/02) Judge David D. Dowd Jr. (M,J) (Entered: 07/18/2002) |

| | | |
|---|---|---|
| 07/19/2002 | 19 | REPLY by USA to deft Marino J. Diaz's req for disc under Rule 16 (no req for disc filed by this deft as of 7/19/02. ( 5 pgs) (B,B) (Entered: 07/19/2002) |
| 07/19/2002 | 20 | REPLY by USA to deft Marlan B. Everson's req for disc under Rule 16 (no req for disc by this deft was filed as of 7/19/02. ( 4 pgs) (B,B) (Entered: 07/19/2002) |
| 07/19/2002 | 21 | REPLY by USA to deft Jesus C. Morel's req for disc under Rule 16. (no req for disc filed by this deft as of 7/19/02) ( 4 pgs) (B,B) (Entered: 07/19/2002) |
| 07/19/2002 | 22 | REPLY by USA to deft Giovanny Medina's req for disc under Rule 16. (no req for disc filed by this deft as of 7/19/02) ( 4 pgs) (B,B) (Entered: 07/19/2002) |
| 07/19/2002 | 23 | REPLY by USA to deft Juan Veldez-Reyes req for disc under Rule 16. (no req for disc filed by this deft as of 7/19/02) ( 4 pgs) (B,B) (Entered: 07/19/2002) |
| 07/19/2002 | 24 | REPLY by USA to def Luis M. Valdez's req for disc under Rule 16. (no req for disc filed by this deft as of 7/19/02) ( 4 pgs) (B,B) (Entered: 07/19/2002) |
| 07/19/2002 | 25 | REPLY by USA to deft Gino Almonte's req for disc under Rule 16. (no req for disc filed by this deft as of 7/19/02) ( 4 pgs) (B,B) (Entered: 07/19/2002) |
| 07/19/2002 | 26 | NON-APPEAL TRANSCRIPT ORDER held on 6/11/02 before Mag. Judge George J. Limbert by court reporter Nagy-Baker Requested By: Joe Gardner Meth. of Pay.: CJA (issued on 7/19/02) 1 pg(s) (M,P) (Entered: 07/22/2002) |
| 07/24/2002 | 33 | MOTION to extend time for filing pretrial motions by Jesus C Morel ( 3 pgs) (M,P) (Entered: 07/24/2002) |
| 07/25/2002 | 34 | MOTION by USA to continue trial. ( 3 pgs) (B,B) (Entered: 07/25/2002) |
| 07/26/2002 | 35 | ORDER by Judge David D. Dowd Jr. granting motion by USA to continue trial [34-1], and granting motion by deft Juan Valdez Reyes for an ext of time to file any & all motions [32-1], and granting motion by deft Luis Valdez to extend time for filing pretrial motions [33-1]. Status hearing set for 8/9/02 is canceled; evidentiary hearing set for 8/1/02 is continued until further order |

| | | |
|---|---|---|
| | | of the Court; pretrial motions filing deadline reset for 8/23/02 ; jury trial reset for 8:30 AM on 10/1/02 as to Marlan B Everson, Marino J Diaz, Jesus C Morel, Giovanny H Medina, Juan Valdez Reyes, Luis M Valdez, Gino Francisco Almonte. Motions by defts regarding Detention Order due by 8/1/02; USA's resp due by 8/1/02 (issued on 7/26/02) 2 pg(s) (M,J) (Entered: 07/29/2002) |
| 07/30/2002 | 37 | NOTICE of hearing ; status hearing set for 12:15 PM on 8/6/02 for Jesus C Morel in room 442, before Judge Dowd (issued on 7/30/02) 1 pg(s) (M,J) (Entered: 07/30/2002) |
| 07/31/2002 | 47 | TRANSCRIPT of prel exam and detn hearings before Mag. Judge George J. Limbert for the following date(s): 6/7/02 C/R name Caroline Mahnke ( 76 pgs) (A,V) (Entered: 08/12/2002) |
| 08/06/2002 | 38 | MINUTES: before Judge David D. Dowd Jr. status hearing held on 8/6/02 as to Jesus C Morel , guilty plea entered to count 1 by Jesus C Morel referred for PSR and deft detained; sentencing hearing set for 12:00 PM on 11/5/02 for Jesus C Morel Court reporter: Lori Callahan (30 minutes) 1 pg(s) (M,J) (Entered: 08/07/2002) |
| 08/07/2002 | 39 | NOTICE of hearing ; sentencing hearing set for 12:00 PM on 11/5/02 for Jesus C Morel in room 442, before Judge Dowd (issued on 8/7/02) 1 pg(s) (M,J) (Entered: 08/07/2002) |
| 08/08/2002 | 45 | MINUTES before Judge David D. Dowd Jr. Dft Marlan Everson's plea of N/G w/drawn; guilty plea entered to Ct 5 by Marlan B Everson ; dft referred to Prob for PSR; plea agreement exec between the parties; sent sched 11/5/02 at 12:30 p.m. (time: 1 hr) Court reporter: Lori Callahan (issued on 8/8/02) 2 pg(s) (R,J A) (Entered: 08/09/2002) |
| 08/16/2002 | 48 | TRANSCRIPT of proceedings before Judge David D. Dowd Jr. for the following date(s): 7/16/02 C/R name Susan Trischan (Re: attorney appointment) (15 pgs) (M,J) (Entered: 08/19/2002) |
| 08/19/2002 | 49 | MINUTES: before Judge David D. Dowd Jr. status hearing held on 8/19/02 as to Marino J Diaz , guilty plea entered to count 1 by Marino J Diaz. Interpreter Miriam M. Ocasio present; deft referred for PSR; sentencing hearing set for 2:30 PM on 11/8/02 for Marino J Diaz Court reporter: Richard DelMonico (30 minutes) 1 pg(s) (M,J) (Entered: 08/19/2002) |

| | | |
|---|---|---|
| 08/19/2002 | 52 | MINUTES: before Judge David D. Dowd Jr. ; status hearing reset for 2:30 PM on 8/23/02 for Juan Valdez Reyes Court reporter: Richard DelMonico (1 pg) (M,J) (Entered: 08/19/2002) |
| 08/19/2002 | 54 | MINUTES: before Judge David D. Dowd Jr. status hearing held on 8/19/02 ; status hearing set for 2:30 PM on 8/23/02 for Giovanny H Medina Court reporter: Richard DelMonico (30 minutes) 1 pg(s) (M,J) (Entered: 08/19/2002) |
| 08/23/2002 | 60 | MINUTES: before Judge David D. Dowd Jr. status hearing held on 8/23/02 as to Juan Valdez Reyes; deft declines plea agreement Court reporter: Lori Callahan (10 minutes) 1 pg(s) (M,J) (Entered: 08/26/2002) |
| 08/30/2002 | 67 | MINUTES before Mag. Judge James S. Gallas; Dfts Juan Valdez-Reyes, Luis M Valdez, & Gino Francisco-Almonte arraigned; Not guilty pleas entered; Attorneys Jaime Serrat and John Gibbons present; Dfts remanded to cust of USM. Court reporter: ECRO (issued on 8/30/02) 1 pg(s) (P,J) (Entered: 08/30/2002) |
| 09/05/2002 | 72 | ORDER by Judge David D. Dowd Jr. granting motion by atty Jaime P. Serrat to withdraw as counsel for deft Luis M. Valdez (listed on mot as Luis M. Reyes) [68-1] and withdrawing attorney Jaime P. Serrat for Luis M Valdez and appointment of Lawrence Whitney for deft Luis M. Valdez as counsel for deft Luis M. Reyes (issued on 9/5/02) 1 pg(s) (M,J) (Entered: 09/06/2002) |
| 09/05/2002 | 73 | ORDER by Judge David D. Dowd Jr. granting motion by atty R. Brian Moriarty to withdraw as counsel for deft Juan Valdez-Reyes [69-1] and withdrawing attorney R. Brian Moriarty for Juan Valdez-Reyes and appointment of Albert Palombaro as counsel for deft Juan Valdez-Reyes (issued on 9/5/02) 1 pg(s) (M,J) (Entered: 09/06/2002) |
| 09/06/2002 | 74 | MINUTES: before Judge David D. Dowd Jr. status hearing held on 9/6/02 as to Luis M Valdez; case to proceed to trial Court reporter: Mareen Pavinelli (15 minutes) 1 pg(s) (M,J) (Entered: 09/06/2002) |
| 09/06/2002 | 75 | TRANSCRIPT of proceedings before Judge David D. Dowd Jr. for the following date(s): 8/23/02 C/R name Lori Callahan (Re: status hearing) ( 20 pgs) (M,J) (Entered: 09/06/2002) |
| 09/16/2002 | 81 | MINUTES: before Judge David D. Dowd Jr. in-court hearing |

| | | |
|---|---|---|
| | | held on 9/16/02 as to Juan Valdez-Reyes, Luis M Valdez, Gino Francisco-Almonte ; pretrial motions deadline reset for 9/25/02 ; jury trial reset for 8:30 AM on 10/15/02 for Juan Valdez-Reyes, for Luis M Valdez, for Gino Francisco-Almonte Gino Francisco-Almonte Court reporter: Richard DelMonico (issued on 30 minutes) 1 pg(s) (M,J) (Entered: 09/17/2002) |
| 09/26/2002 | 90 | ORDER by Judge David D. Dowd Jr. Ruling on motion by deft Valdez-Reyes for order for grand jury transcript [86-1] is deferred until USA's response; USA's response due 10/7/02 (issued on 9/26/02) 1 pg(s) (M,J) (Entered: 09/26/2002) |
| 09/26/2002 | 92 | ORDER by Judge David D. Dowd Jr. granting motion by dft Valdez-Reyes for order for appointment of forensic expert [85-1], granting motion by dft Luis Valdez to appoint expert [88-1]. Court directs John Pflugh to have exam completed by 10/7/02 and submitted to counsel by 10/8/02. Protocol for delivery of testing to be submitted to the Court by 4:00 PM on 9/30/02. (issued on 9/26/02) 2 pg(s) (M,J) (Entered: 09/26/2002) |
| 09/27/2002 | 93 | TRANSCRIPT of proceedings before Mag. Judge George J. Limbert for the following date(s): 6/11/02 C/R name Nagy-Baker Ct Reporting (Re: Prelim hrg/detention hrg re: defts Juan Valdez Reyes, Luis Valdez, Giovanny H. Medina, & Gino Francisco Almonte) (83 pgs + "word index") (S,A A.) (Entered: 09/27/2002) |
| 10/15/2002 | 99 | NOTICE by USA of intent to offer Rule 404(b) evidence at trial (7 pgs) (M,J) (Entered: 10/15/2002) |
| 10/15/2002 | 100 | MINUTES: before Judge David D. Dowd Jr. status hearing held on 10/15/02 as to Juan Valdez-Reyes, Luis M Valdez, and Gino Francisco-Almonte ; jury trial reset for 8:30 AM on 11/25/02 as to Juan Valdez-Reyes, Luis M Valdez, Gino Francisco-Almonte Court reporter: Richard DelMonico (30 minutes) 1 pg(s) (M,J) (Entered: 10/16/2002) |
| 10/28/2002 | 102 | NOTICE of hearing ; sentencing hearing reset for 2:30 PM on 12/16/02 for Marlan B Everson and Jesus C Morel in room 442, before Judge Dowd (issued on 10/28/02) 1 pg(s) (M,J) (Entered: 10/28/2002) |
| 11/12/2002 | 107 | NOTICE OF SUBSTITUTION of Attorney Paul F. Adamson |

| | | |
|---|---|---|
| | | replacing attorney Lawrence J. Whitney Sr. for deft Luis M Valdez ( 2 pgs) (M,J) (Entered: 11/12/2002) |
| 11/13/2002 | 108 | MINUTES: before Judge David D. Dowd Jr. status hearing held on 11/13/02 ; Atty Whitney will cont t represent deft Valdez as well as Atty Adamson; jury trial set for 8:30 AM on 11/22/02 as to Juan Valdez-Reyes, Luis M Valdez, Gino Francisco-Almonte Court reporter: Richard DelMonico (1 hour) 1 pg(s) (M,J) (Entered: 11/13/2002) |
| 11/19/2002 | 114 | ORDER by Judge David D. Dowd Jr. denying motion by deft Valdez-Reyes for order for grand jury transcript [86-1], transcripts place under seal for any required appellate review; denying motion by deft Valdez for release of Jencks materials [111-1], but Court request that statements be produced by 4:00 PM on the day before the witness is to appear; granting motion by deft Valdez for disclosure of agreements between the USA and its witnesses [110-1] (issued on 11/19/02) 2 pg(s) (M,J) (Entered: 11/19/2002) |
| 11/20/2002 | | MARGINAL ENTRY granting motion by deft Gino Francisco-Almonte for leave to file a motion to suppress, instanter [115-1] (issued on 11/21/02) Judge David D. Dowd Jr. (M,J) (Entered: 11/21/2002) |
| 11/20/2002 | 117 | ORDER by Judge David D. Dowd Jr. regarding motion by deft Gino Francisco-Almonte to suppress evidence [116-1] ; motion hearing set for 11/22/02 for Gino Francisco-Almonte after the jury selection on 11/22/02 but prior to opening statements (issued on 11/20/02) 1 pg(s) (M,J) (Entered: 11/21/2002) |
| 11/21/2002 | 118 | ORDER by Judge David D. Dowd Jr., USA to supplement its brief regarding 404(b) evidence by 4:00 PM on 11/21/02 (issued on 11/21/02) 2 pg(s) (M,J) (Entered: 11/21/2002) |
| 11/22/2002 | 122 | MINUTES: before Judge David D. Dowd Jr. jury impaneled hearing held on motion by deft Gino Francisco-Almonte to suppress evidence [116-1], motion denied; jury trial begun as to Juan Valdez-Reyes, Luis M Valdez, Gino Francisco-Almonte; open statements, attorney Jack deferred his open statement until later; Court adjourned until 11/25/02 at 8:30 AM Court reporter: Richard DelMonico ; Court Interpreters: Judth Kristy and Marvin Bacigalupo ; Deft Valdez-Reyes' Interpreter: Miriam Ocasio ; |

| | | |
|---|---|---|
| | | Deft Valdez's Interpreter: Nikki Brown (5 hours) 1 pg(s) (M,J) Modified on 11/25/2002 (Entered: 11/22/2002) |
| 11/22/2002 | 123 | EXHIBIT list by USA (1 pg) (M,J) (Entered: 11/22/2002) |
| 11/25/2002 | 124 | MINUTES: before Judge David D. Dowd Jr. guilty plea entered to Count 1s by Luis M Valdez, Gino Francisco-Almonte; defts referred for PSR and detained Court reporter: Lori Callihan ; Court Interpreters: Judith Kristy and Ana Lahr (3 hours) 1 pg(s) (M,J) (Entered: 11/25/2002) |
| 11/26/2002 | | MARGINAL ENTRY granting dft Juan Valdez-Reyes' motion to appoint Miriam Ocasio as an interpreter, and denied to be appointed as co-counsel [121-1]. (issued on 11/26/02) Judge David D. Dowd Jr. (K,Chr) (Entered: 11/26/2002) |
| 11/26/2002 | 127 | JURY Interogatorries ( 2 pgs) (M,J) (Entered: 11/27/2002) |
| 11/27/2002 | 128 | JURY Interogatorries ( 2 pgs) (M,J) (Entered: 11/27/2002) |
| 11/27/2002 | 132 | TRIAL WITNESS list (1 pg) (M,J) (Entered: 12/02/2002) |
| 11/27/2002 | 133 | TRIAL EXHIBIT list (2 pgs) (M,J) (Entered: 12/02/2002) |
| 12/05/2002 | 135 | LETTERS (courtesy copy) to court from Christa Burnst dated 11/6/2002 ( 2 pgs) (M,J) (Entered: 12/05/2002) |
| 12/20/2002 | 138 | NOTICE of hearing ; sentencing hearing set for 9:30 AM on 2/24/03 for Jesus C Morel in room 442, before Judge Dowd (issued on 12/20/02) 1 pg(s) (M,J) (Entered: 12/20/2002) |
| 02/13/2003 | | MARGINAL ENTRY granting motion by deft Juan Valdez Reyes for ext of time until 2/17/03 in which to resp to presentence disclosure report [143-1]. (issued on 2/13/03) Judge David D. Dowd Jr. (S,S) (Entered: 02/13/2003) |
| 02/21/2003 | 145 | ORDER by Judge David D. Dowd Jr. granting motion of deft Everson to continue sentencing scheduled for 2/24/03 [144-1]; a new sentencing date will be set by separate order at such time as the Court's schedule for late April and early May becomes clearer. (issued on 2/21/03) 1 pg(s) (S,S) (Entered: 02/21/2003) |
| 02/24/2003 | 148 | MINUTES: before Judge David D. Dowd Jr. sentencing hearing held on 2/24/03 as to Marino J Diaz; deft committed to BOP for 41 months on count 1, followed by 4 yrs supervised release, special assessment of $100.00 and counts 2 and 9 are dismissed. |

| | | |
|---|---|---|
| | | Court reporter: Sue Trischan; Interpreter: Ana Lahr (30 minutes) 1 pg(s) (M,J) (Entered: 02/24/2003) |
| 02/24/2003 | 149 | MINUTES: before Judge David D. Dowd Jr. sentencing hearing held on 2/24/03 as to Jesus C Morel; deft committed to BOP for 46 months on count 1, followed by 4 yrs supervised release, special assessement of $100.00 and counts 2 and 9 are dismissed. Court reporter: Sue Trischan, Interpreter: Ana Lahr (30 minutes) 1 pg(s) (M,J) (Entered: 02/24/2003) |
| 02/24/2003 | 152 | PLEA Agreement as to Jesus C Morel by Judge David D. Dowd Jr. ( 8 pgs) (M,J) (Entered: 02/24/2003) |
| 02/24/2003 | 155 | MINUTES: before Judge David D. Dowd Jr.; sentencing hearing held on 2/24/03 as to Luis M Valdez; deft committed to BOP for 66 months on count 1, followed by 5 years supervised release; special assessment of $100.00; counts 2 and 3 are dismissed; deft remanded to USMS . Court reporter: Sue Trischan, Interpreter: Ana Lahr. (issued on 2/24/03) 2 pg(s) (S,S) (Entered: 02/25/2003) |
| 02/25/2003 | | MARGINAL ENTRY granting motion by deft Luis Valdez to to permit atty Whitney to be absent at sentencing [146-2]. (issd on 2/26/03) Judge David D. Dowd Jr. (K,Chr) (Entered: 02/25/2003) |
| 02/26/2003 | 158 | JUDGMENT and Commitment issued to U.S. Marshal as to Jesus C Morel; sentencing Jesus C Morel (3) on count(s) 1. Deft committed to BOP for 46 months with credit for time served since 6/3/02. Court recommends placement at FCI Fort Dix or FCI in Mid East area. Deft remanded to USMS. Deft shall be on supervised release for 4 years. Deft shall participate in outpatient program for treatment of drug/alcohol abuse. Special assessment of $100.00. Upon motion of USA dismissing counts as to Jesus C Morel (3) count(s) 2, 9. by Judge David D. Dowd Jr. ( 5 pgs) (S,S) (Entered: 02/26/2003) |
| 04/07/2003 | 163 | JUDGMENT and Commitment returned executed on 4/2/03 dft delivered to FCI Allenwood Low as to Jesus C Morel (3) count(s) 1 (1 pg) (S,T) (Entered: 04/07/2003) |
| 04/28/2003 | 172 | MINUTES: before Judge David D. Dowd Jr. sentencing hearing held on 4/28/03 as to Marlan B Everson; deft committed to BOP for 75 months on count 5 and credit for time served since 6/23/02, followed by 5 years supervised release and special assessment of |

Case 1:07-cr-00043-ML-LDA Document 2-5 Filed 04/11/2007 Page 13 of 15

| | | |
|---|---|---|
| | | $100.00 Court reporter: DelMonico (issued on 30 minutes) 1 pg (s) (M,J) (Entered: 04/30/2003) |
| 05/02/2003 | | MARGINAL ENTRY granting motion by deft Juan Valdez-Reyes for ext of time until 5/6/03 to file sent brf [175-1] (issued on 5/2/03) Judge David D. Dowd Jr. (M,J) (Entered: 05/02/2003) |
| 05/12/2003 | 176 | LETTER to court from BOP dated 5/7/03 ( 2 pgs) (M,J) (Entered: 05/13/2003) |
| 05/13/2003 | 183 | MEMORANDUM, Opinion and Order: by Judge David D. Dowd Jr. regarding downward depature for deft Juan Valdez-Reyes ( 11 pgs) (M,J) (Entered: 05/13/2003) |
| 05/14/2003 | 185 | MINUTES: before Judge David D. Dowd Jr. sentencing hearing held on 5/14/03 as to Juan Valdez-Reyes; deft committed to BOP for 121 months, followed by 5 years supervised release. Court recommends placement in FCI Ft. Dix or a FCI close to New York. Deft remanded to USMS and special assessment ordered in the amount of $300.00. Court reporter: Callahan ; Interpreter: Ana Lahr (30 minutes) 1 pg(s) (M,J) (Entered: 05/16/2003) |
| 05/21/2003 | 187 | TRANSCRIPT of excerpt testimony of Marlan Everson before Judge David D. Dowd Jr. for the following date(s): 11/25/02. C/R name Lori Callahan. (89 pgs) (S,S) (Entered: 05/21/2003) |
| 05/21/2003 | 188 | TRANSCRIPT of excerpt testimony of Juan Valdez-Reyes before Judge David D. Dowd Jr. for the following date(s): 11/26/03. C/R name Lori Callahan. (61 pgs) (S,S) (Entered: 05/21/2003) |
| 05/27/2003 | 190 | ACKNOWLEDGMENT from USCA for the 6th Circuit of receipt of notice of appeal ( USCA # 03-3737) - dt rcvd 5/23/03 dt filed 5/23/03 (1 pg) (P,S) (Entered: 05/29/2003) |
| 07/03/2003 | 193 | LETTER to Mr. Cline from the USCA filed 7/1/03 (copy to the court) ( 3 pgs) (M,J) (Entered: 07/03/2003) |
| 07/16/2003 | 196 | NON-APPEAL TRANSCRIPT ORDER before Judge James S. Gwin by court reporter Lori Callahan Requested By: Edward Feran 1 pg(s) (E,P) (Entered: 07/18/2003) |
| 08/05/2003 | 198 | NON-APPEAL TRANSCRIPT ORDER for hrgs held between 6/11/02 and 5/14/03 before Judge David D. Dowd Jr. by various court reporters Requested By: Valdez-Reyes 2 pg(s) (R,N) (Entered: 08/05/2003) |

| | | |
|---|---|---|
| 09/18/2003 | 200 | TRANSCRIPT of proceedings before Judge David D. Dowd Jr. for the following date(s): September 16, 2003 C/R name Richard G. DelMonico (Re: [189-1] ) ( 20 pgs) (P,G) (Entered: 09/18/2003) |
| 09/18/2003 | 201 | TRANSCRIPT of proceedings before Judge David D. Dowd Jr. for the following date(s): October 15, 2002 C/R name Richard G. DelMonico (Re: [189-1] ) ( 21 pgs) (P,G) (Entered: 09/18/2003) |
| 09/18/2003 | 202 | TRANSCRIPT of proceedings before Judge David D. Dowd Jr. for the following date(s): November 13, 2002 C/R name Richard G. DelMonico (Re: [189-1] ) ( 16 pgs) (P,G) (Entered: 09/18/2003) |
| 09/18/2003 | 203 | TRANSCRIPT of proceedings before Judge David D. Dowd Jr. for the following date(s): November 22, 2002 C/R name Richard G. DelMonico (Re: [189-1] ) ( 286 pgs) (P,G) (Entered: 09/18/2003) |
| 09/26/2003 | 204 | TRANSCRIPT of proceedings before Judge David D. Dowd Jr. for the following date(s): 5/5/03 sentencing deft Valdez-Reyes C/R Lori Callahan (Re: [189-1] ) ( 13 pgs) (M,J) (Entered: 09/26/2003) |
| 09/26/2003 | 205 | TRANSCRIPT of proceedings before Judge David D. Dowd Jr. for the following date(s): 11/25/02 - trial deft Valdez-Reyes; C/R name Lori Callahan (Re: [189-1] ) ( 180 pgs) (M,J) (Entered: 09/26/2003) |
| 09/26/2003 | 206 | TRANSCRIPT of proceedings before Judge David D. Dowd Jr. for the following date(s): 11/26/02 - trial deft Valdez-Reyes; C/R name Lori Callahan (Re: [189-1] ) ( 125 pgs) (M,J) (Entered: 09/26/2003) |
| 09/26/2003 | 207 | TRANSCRIPT of proceedings before Judge David D. Dowd Jr. for the following date(s): 11/27/02 - trial deft Valdez-Reyes; C/R name Lori Callahan (Re: [189-1] ) ( 21 pgs) (M,J) (Entered: 09/26/2003) |
| 09/26/2003 | 208 | TRANSCRIPT of proceedings before Judge David D. Dowd Jr. for the following date(s): 11/25/02 change of plea hearing as to defts Francisco-Almonte and Valdez; C/R name Lori Callahan (Re: [189-1] ) ( 50 pgs) (M,J) (Entered: 09/26/2003) |
| | | |

| | | |
|---|---|---|
| 09/26/2003 | 209 | TRANSCRIPT of proceedings before Judge David D. Dowd Jr. for the following date(s): 8/23/02 - pretrial as to defts Medina, Valdez-Reyes, Valdez and Francisco-Almonte; C/R name Lori Callahan (Re: [189-1] ) ( 20 pgs) (M,J) (Entered: 09/26/2003) |
| 09/26/2003 | 210 | TRANSCRIPT of proceedings before Judge David D. Dowd Jr. for the following date(s): 7/9/02 - arraignment of all defts; C/R name Lori Callahan (Re: [189-1] ) ( 33 pgs) (M,J) (Entered: 09/26/2003) |
| 04/03/2007 | 224 | Supervised Release jurisdiction transferred to the District of Rhode Island as to Defendant Jesus C. Morel. Transmitted Transfer of Jurisdiction form, with certified copies of the Complaint, Indictment, Judgment and docket sheet with request for acknowledgment of receipt to the District of Rhode Island. (R,Li) (Entered: 04/04/2007) |